Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Raymon Sellers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON SELLERS,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MELANIE WALKER dba STAGECOACH RESTAURANT, et al.,<br><br>                    Defendants.<br>_____ | No.  2:20-cv-01787-WBS-AC<br><br>**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; ORDER** |

Plaintiff Raymon Sellers ("Plaintiff"), and Defendants, Jin R. Wong, Wonda Y. Wong, Janice Wong, and Janet Wong ("Defendants," and together with Plaintiff, "the Parties"), the parties who have appeared in this action, hereby stipulate as follows:

**WHEREAS,** a Status (Pretrial Scheduling) Conference in this matter is set for January 4, 2021 (Dkt. 3);

**WHEREAS,** the matter is not yet at issue as named defendants Melanie Walker and Mike Walker (collectively "the Walkers") have not been served and have not appeared;

**WHEREAS,** Defendants have advised that the Walkers do not operate the subject restaurant and thus are not proper parties to this action;

//

1    **WHEREAS,** Plaintiff is in the process of identifying the correct party(s) and will seek

2    leave to amend his complaint (either via stipulation or motion) to name them once identified,

3    and will be dismissing the Walkers without prejudice;

4    **NOW, THEREFORE,** the Parties, by and through their respective counsel, respectfully

5    request a continuance of the Status (Pretrial Scheduling) Conference currently set for January 4,

6    2021 to a date at the Court's convenience on or after March 4, 2021, to allow time for the

7    correct party(s) to be named, served, appear, and participate in the Rule 26 conference.

8

9    Dated: December 21, 2020            MOORE LAW FIRM, P.C.

10

11                                      */s/ Tanya E. Moore*
                                        Tanya E. Moore
12                                      Attorney for Plaintiff,
                                        Raymon Sellers
13

14   Dated: December 21, 2020            LEWIS BRISBOIS BISGAARD & SMITH LLP

15

16                                      */s/ Stephen E. Abraham*
                                        Stephen E. Abraham
17                                      Melissa T. Daugherty
                                        Attorneys for Defendants,
18                                      Jin R. Wong, Wonda Y. Wong, Janice Wong, and
                                        Janet Wong
19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2

The parties having so stipulated and good cause appearing,

3

IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference currently

4

set for January 4, 2021 is continued to **<u>March 29, 2021 at 1:30 p.m.</u>** in Courtroom 5, before the

5

undersigned. The parties are to file their Joint Status Report no later than **<u>March 15, 2021</u>**

6

**IT IS SO ORDERED**.

7

Dated:  December 23, 2020

8

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE;
ORDER

Page 3