Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Raymon Sellers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON SELLERS,<br><br>    Plaintiff,<br><br>  vs.<br><br>MELANIE WALKER dba STAGECOACH RESTAURANT, et al.,<br><br>    Defendants. | No. 2:20-cv-01787-WBS-AC<br><br>**STIPULATION FOR FURTHER CONTINUANCE OF STATUS CONFERENCE; ORDER** |

Plaintiff Raymon Sellers ("Plaintiff"), and Defendants, Jin R. Wong, Wonda Y. Wong, Janice Wong, and Janet Wong ("Defendants," and together with Plaintiff, "the Parties"), the parties who have appeared in this action, hereby stipulate as follows:

**WHEREAS,** a Status (Pretrial Scheduling) Conference in this matter is set for March 29, 2021, having been previously continued from January 4, 2021, and a joint status report is due on March 15, 2021 (Dkt. 10);

**WHEREAS,** Plaintiff has filed a motion to amend his complaint to add a new defendant, Derrick Stevens dba Stagecoach Restaurant ("Stevens"), and the motion is set for hearing on April 5, 2021 (Dkt. 11);

**NOW, THEREFORE,** the Parties, by and through their respective counsel, respectfully request a continuance of the Status (Pretrial Scheduling) Conference currently set for May 10, 2021 to a date at the Court's convenience on or after May 31, 2021, to allow time for Plaintiff's motion to amend to be heard, and if granted, for Stevens to be served, appear, and participate in the Rule 26 conference.

Dated: March 9, 2021                MOORE LAW FIRM, P.C.

  /s/ Tanya E. Moore
  Tanya E. Moore
  Attorney for Plaintiff,
  Raymon Sellers

Dated: March 9, 2021                LEWIS BRISBOIS BISGAARD & SMITH LLP

  /s/ Stephen E. Abraham
  Stephen E. Abraham
  Melissa T. Daugherty
  Attorneys for Defendants,
  Jin R. Wong, Wonda Y. Wong, Janice Wong, and Janet Wong

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference currently set for May 10, 2021 is continued to **June 21, 2021 at 1:30 p.m.** in Courtroom 5, before the undersigned. The parties are to file their Joint Status Report no later than **June 7, 2021**.

**IT IS SO ORDERED**.

Dated: March 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE