UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RAYMON SELLERS,<br><br>        Plaintiff,<br><br>   v.<br><br>DERRICK STEVENS dba STAGECOACH RESTAURANT; JIN R. WONG; WONDA Y. WONG; JANICE WONG; JANET WONG,<br><br>        Defendants. | No. 2:20-cv-01787 WBS AC<br><br><br>ORDER |

----oo0oo----

On February 23, 2021, plaintiff moved for leave to file a First Amended Complaint in this matter.  (Docket No. 11.) Shortly thereafter, plaintiff voluntarily dismissed his claims against defendants Melanie Walker and Mike Walker.  (Docket No. 13.)  In light of the remaining defendants' non-opposition (see Docket No. 16), the court will grant plaintiff's motion.

IT IS THEREFORE ORDERED that plaintiff's motion for leave to file a First Amended Complaint (Docket No. 11) be, and

the same hereby is, GRANTED.  Plaintiff is directed to file his First Amended Complaint within five calendar days of the issuance of this Order.

Dated:  March 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE